UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:14-MJ-1119-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **ORDER MODIFYING AND** |
| **vs.** ) | |
| ) | **CONTINUING SUPERVISION** |
| **Michael B. George** ) | |

On June 11, 2014, Michael B. George appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C.§ 13, assimilating NCGS 20-138.1, Driving While Impaired Level 2, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on January 7, 2015, the court finds as a fact that Michael B. George, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Used a controlled substance.
2. Failed to attend treatment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. That the term of supervision be extended for 3 months from the expiration date of June 10, 2015 until September 10, 2015.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days as instructed by the probation officer and shall abide by all rules and regulations of the designated facility.

3. From the date of this judgement, the defendant shall abide by all conditions and terms of the home detention program for an additional period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

4. From the date of this judgement, the defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for an additional period not to exceed 120 consecutive days. The defendant shall comply with the program procedures.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 7th day of January, 2015.

_____
Kimberly A. Swank
U.S. Magistrate Judge