IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

DOCKET NO. 5:14-MJ-1119-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael B. George | ) | |
| | ) | |

On this 12th day of February, 2015, comes Van R. Freeman, Jr., Senior U.S. Probation Officer, who shows the court that Michael B. George appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on June 11, 2014, and upon a plea of guilty to 18 U.S.C. §13, assimilating NCGS 20-138.1, Driving While Impaired Level 2, was placed on supervision for a period of 12 months, which was later extended by an additional three months.

A motion for revocation was filed and a warrant was issued for the defendant on February 6, 2015. However, the U.S. Marshal's Service has expressed concerns about the defendant's health issues and placing the defendant in an appropriate facility. They have asked that the warrant be withdrawn and a summons issued.

Based on the concerns for the defendant's health, the ends of justice would best be served by vacating the warrant issued on February 6, 2015.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the warrant issued for this defendant be vacated and declared void and that a summons be issued for the defendant to appear before the court on March 6, 2015, in Raleigh.

**IT IS FURTHER ORDERED** that the motion for revocation filed on February 6, 2015, be unsealed.

This the 12th day of February, 2015

_____
Kimberly A. Swank
U.S. Magistrate Judge