UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1119-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Michael B. George** | ) | |
| | ) | |

On June 11, 2014, Michael B. George appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1 Driving While Impaired Level 2, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on March 6, 2015, the court finds as a fact that Michael B. George, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to refrain from excessive use of alcohol.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the terms previously imposed in this case and the following additional provisions:

1. The defendant shall submit himself to an inpatient substance abuse facility and detoxification program as directed by the U.S. Probation Office on March 11, 2015, or on other such date as directed by the U.S. Probation Office.

2. Following his release from the detoxification program, the defendant will follow any treatment plan as recommended by the facility.

3. The defendant will execute any necessary releases of information, allowing the U.S. Probation Office to communicate with any of the defendant's treatment counselors to ensure his compliance with the treatment programs.

4. The location monitoring and remote alcohol detection programs will be suspended while the defendant is in any treatment facility, to recommence upon his release from those facilities.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued.

This the 6th day of March, 2015

Kimberly A. Swank
U.S. Magistrate Judge