| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael B. George** | ) | |
| | ) | |

    On June 11, 2014, Michael B. George appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 2, was sentenced to 12 months of probation. His supervision was later extended by 3 months.

    From evidence presented at the revocation hearing on July 9, 2015, the court finds as a fact that Michael B. George, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to abide by all of the conditions and terms of the remote alcohol monitoring program.
2. Failure to attend treatment.
3. Failure to refrain from the use of alcohol.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 75 days.

    **IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

    **IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

    This the 9th day of July, 2015

                                                   Kimberly A. Swank
                                                 U.S. Magistrate Judge